# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **VS.** | NO. 5: 07-CR-16 (WDO) |
| **TYRONE McCORMICK,** | **VIOLATION: Drug Related** |
| Defendant | |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Doye E. Green, Jr. of the Macon Bar; the United States was represented by Assistant U. S. Attorney Charles L. Calhoun. Based upon the evidence proffered to the court by counsel for the parties and the contents of the Pretrial Service Report dated April 19, 2007, as well as argument and comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☒ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☒ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated April 19, 2007, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant McCORMICK and the safety of the community were he to be released from custody at this time. The offense charged against the defendant is a serious one for which long-term imprisonment may be imposed in the event of a conviction after trial or a plea of guilty; his estimated guideline sentencing range is 324 to 405 months in prison. The weight of evidence is strong; the government's case is based in part upon wiretaps in which defendant McCORMICK communicated with defendant Anthony Sean Walker, the alleged head of the conspiracy concerning distribution of cocaine in the South Georgia area.

Defendant McCORMICK has a very significant record of convictions going back to 1991. He has felony drug convictions as follows: VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1991, Superior Court of Cook County, Georgia (two separate indictments); VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1994, Superior Court of Cook County, Georgia; POSSESSION WITH INTENT TO MANUFACTURE/DISTRIBUTE, 1995, Baltimore, Maryland; VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1996, Superior Court of Cook County, Georgia; and, VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 2001, Superior Court of Cook County, Georgia. In addition, he has several drug related misdemeanor convictions. The offense charged in the within federal indictment is alleged to have occurred while defendant McCORMICK was under state probation supervision.

Defendant McCORMICK has a history of illegal drug usage going back to age twelve. He continues to use marijuana up to the time of his arrest.

For the foregoing reasons, pretrial detention is mandated and is SO ORDERED AND DIRECTED.

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant McCORMICK be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility McCORMICK deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 27th day of APRIL, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE